# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **NELSON A. IRABOR,**<br>    **Petitioner** | **CIVIL ACTION NO. 05-0493** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ALBERTO GONZALES, et al.,**<br>    **Respondents** | **MAGISTRATE JUDGE JAMES D. KIRK** |

## J U D G M E N T

For the reasons contained in the Court's Ruling and in Report and Recommendation of the Magistrate Judge, to the extent adopted, and after a de novo review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that Respondents' motion is GRANTED and that claims 1, 3, and 4 of the instant petition for a writ of habeas corpus are TRANSFERRED to the United States Court of Appeals for the Eleventh Circuit.

Monroe, Louisiana, on this 7th day of February, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE