RECEIVED
IN MONROE, LA
JUN 8 - 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| NELSON A. IRABOR,<br>Petitioner | CIVIL ACTION NO. 05-0493 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALBERTO GONZALES, et al.,<br>Respondents | MAGISTRATE JUDGE JAMES D. KIRK |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the entire record and noting the absence of objections to the Report and Recommendation in the record, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that Respondents' Motion to Dismiss [Doc. No. 34] is GRANTED, and Petitioner's Petition for Writ of Habeas Corpus be DENIED AND DISMISSED WITH PREJUDICE AS MOOT.

MONROE, LOUISIANA this 8 day of June, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE